UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                     MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −38)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 707 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 15, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of
the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION     MDL No. 2804

## SCHEDULE CTO−38 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 18−00547 | Chilton County, Alabama v. Amerisourcebergen Drug Corporation et al (JOINT ASSIGN) |
| **ALABAMA NORTHERN** | | | |
| ALN | 5 | 18−00805 | City of Hartselle, Alabama v. Purdue Pharma LP et al |
| ALN | 6 | 18−00799 | City of Nauvoo, Alabama, The et al v. Purdue Pharma LP et al |
| ALN | 6 | 18−00800 | City of Winfield, Alabama, The v. Purdue Pharma LP et al |
| ALN | 6 | 18−00802 | Town of Double Springs, AL v. Amerisourcebergen Drug Corporation et al |
| **COLORADO** | | | |
| CO | 1 | 18−01316 | Conejos County et al v. Purdue Pharma L.P. et al |
| **KANSAS** | | | |
| KS | 2 | 18−02276 | Valley Hope Association v. Purdue Pharma L.P. et al |
| **NEW JERSEY** | | | |
| NJ | 2 | 18−09973 | NORTHEAST CARPENTERS FUNDS v. PURDUE PHARMA L.P. et al |